UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARLITA MUKAI,

          Plaintiff,

    v.

GEICO ADVANTAGE INSURANCE
COMPANY,

          Defendant.

CASE NO. C20-1098JLR

**ORDER GRANTING PLAINTIFF'S
MOTION TO REMAND AND DENYING
PLAINTIFF'S MOTION FOR
ATTORNEY FEES**

This matter comes before the Court on Plaintiff's motion to remand this action to state court. (Dkt. # 5.)  Having thoroughly considered the parties' briefing and the relevant record, the court hereby GRANTS the Plaintiff's Motion to Remand and DENIES Plaintiff's motion for attorney fees.  Accordingly, the court orders that:

1.  All further proceedings in this case are REMANDED to the Superior Court for King County, Washington;

2.  The Clerk shall send copies of this order to all counsel of record for all parties;

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of this order to the Clerk for the Superior Court of King County, Washington;

4. The Clerk shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County, Washington;

5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they are entitled from the courts of the State of Washington, as may be appropriate in due course; and

6. The Clerk shall CLOSE this case.

DATED this 27th day of October 2020.


JAMES L. ROBART
United States District Judge